UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

MICHAEL GABRIEL RYAN WALKER,
Plaintiff,

-against-                                    COMPLAINT
                                             JURY TRIAL DEMANDED
                                             42 U.S.C. § 1983

CITY OF NEW YORK;
NEW YORK CITY HOUSING AUTHORITY (NYCHA);
JOHN DOE NYPD OFFICERS (PSA 3);
JANE DOE NYPD OFFICERS (ESU);
WYCKOFF HEIGHTS MEDICAL CENTER,
Defendants.

---------------------------------------------------------X



RECEIVED
APR 2 1 2026
PRO SE OFFICE

Plaintiff, Michael Gabriel Ryan Walker, proceeding pro se, alleges as follows:

---------------------------------------------------------

JURISDICTION AND VENUE

---------------------------------------------------------

1. This action arises under 42 U.S.C. § 1983 for violations of Plaintiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution.

2. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in the Eastern District of New York under 28 U.S.C. § 1391 because all events occurred in Brooklyn, New York.

---------------------------------------------------------

PARTIES

---------------------------------------------------------

4. Plaintiff is Michael Gabriel Ryan Walker, residing at 888 Park Avenue, Apartment 1C, Brooklyn, NY 11206.

REC'D IN PRO SE OFFICE
APR 21 '26 AM 11:20

5. Defendant City of New York is a municipal entity responsible for the policies, practices, and conduct of the NYPD.

6. Defendant NYCHA is a public housing authority responsible for maintaining safe and habitable housing conditions.

7. Defendants John Doe NYPD Officers (PSA 3) are unknown officers who participated in the events described.

8. Defendants Jane Doe NYPD Officers (ESU) are unknown officers who participated in the events described.

9. Defendant Wyckoff Heights Medical Center is a medical facility located in Brooklyn, New York.

------------------------------------------------------------

FACTUAL ALLEGATIONS

------------------------------------------------------------

10. On or about September 26, 2024, Plaintiff was lawfully present at his residence located at 888 Park Avenue, Apartment 1C, Brooklyn, New York.

11. Plaintiff's apartment lacked basic functioning plumbing and safe living conditions, which had been repeatedly reported to NYCHA.

12. NYPD officers responded to Plaintiff's residence based on a complaint.

13. Without a warrant, probable cause, or lawful justification, officers entered Plaintiff's home.

14. Officers pointed firearms at Plaintiff and used excessive force.

15. Plaintiff was forcibly removed from his home.

16. Plaintiff was transported against his will to Wyckoff Heights Medical Center.

17. At Wyckoff Heights Medical Center, Plaintiff was subjected to involuntary medical treatment, including sedation.

18. Plaintiff was later determined to be mentally stable.

19. Plaintiff was not charged with any criminal offense.

20. Plaintiff suffered physical injury, emotional distress, and PTSD as a result of Defendants' actions.

21. Plaintiff filed a complaint with the Civilian Complaint Review Board (CCRB Case No. 202503414).

---------------------------------------------------------

CLAIMS FOR RELIEF

---------------------------------------------------------

FIRST CLAIM – Excessive Force (42 U.S.C. § 1983)

22. Defendants used unreasonable and excessive force in violation of the Fourth Amendment.

SECOND CLAIM – False Arrest / Unlawful Seizure (42 U.S.C. § 1983)

23. Defendants unlawfully seized and detained Plaintiff without probable cause.

THIRD CLAIM – Due Process Violation (42 U.S.C. § 1983)

24. Defendants deprived Plaintiff of liberty without due process of law.

FOURTH CLAIM – Failure to Intervene (42 U.S.C. § 1983)

25. Officers present failed to intervene to prevent constitutional violations.

FIFTH CLAIM – Municipal Liability (Monell)

26. The City of New York maintained policies, customs, or practices that caused the violations.

SIXTH CLAIM – NYCHA Negligence / Habitability

27. NYCHA failed to maintain Plaintiff's apartment in a safe and habitable condition.

SEVENTH CLAIM – Medical Battery / Unlawful Involuntary Treatment

28. Wyckoff Heights Medical Center subjected Plaintiff to involuntary sedation and treatment without lawful consent.

------------------------------------------------------

## DAMAGES

------------------------------------------------------

29. Plaintiff suffered physical injury, emotional distress, psychological trauma, and other damages.

30. Plaintiff seeks compensatory damages in an amount not less than $10,000,000.

------------------------------------------------------

## PRAYER FOR RELIEF

------------------------------------------------------

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award compensatory damages of not less than $10,000,000;
B. Award punitive damages against individual defendants;
C. Enter declaratory judgment that Defendants violated Plaintiff's rights;
D. Grant injunctive relief requiring safe housing conditions;
E. Award costs and such other relief as the Court deems just.

------------------------------------------------------

## JURY DEMAND

------------------------------------------------------

Plaintiff demands a trial by jury.

------------------------------------------------------

DATED: __04 / 21__ 2026
Brooklyn, New York

__Michael Ryan Walker__
MICHAEL GABRIEL RYAN WALKER
Pro Se Plaintiff
888 Park Avenue, Apt 1C
Brooklyn, NY 11206
Telephone (929)561-9255

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL COVER SHEET

PLAINTIFF INFORMATION:
Name: Michael Gabriel Ryan Walker
Address: 888 Park Avenue, Apartment 1C, Brooklyn, NY 11206

DEFENDANT INFORMATION:
City of New York
New York City Housing Authority (NYCHA)
John Doe NYPD Officers (PSA 3)
Jane Doe NYPD Officers (ESU)
Wyckoff Heights Medical Center

BASIS OF JURISDICTION (CHECK ONE):
[X] Federal Question (U.S. Government not a party)
28 U.S.C. § 1331

CITIZENSHIP OF PRINCIPAL PARTIES:
(NOT APPLICABLE / LEAVE BLANK)

CAUSE OF ACTION:
Violations of civil rights under 42 U.S.C. § 1983 for unlawful search and seizure, excessive force, false arrest, due process violations, failure to intervene, municipal liability (Monell), and related constitutional violations.

NATURE OF SUIT:
[X] 440 Civil Rights – Other

DEMAND:
Amount in Controversy: $10,000,000
Jury Demand: YES

RELATED CASES:
None

SIGNATURE:
_Michael Ryan Walker_

X (SIGN HERE)
Michael Gabriel Ryan Walker

DATE:

_____